**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-4700**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JUAN HERNANDEZ DOMINGUEZ,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Charles H. Haden II, Chief
District Judge.  (CR-01-27)

―――――――――

Submitted:  January 17, 2002        Decided:  January 28, 2002

―――――――――

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Matthew A. Victor, VICTOR, VICTOR, & HELGOE, L.L.P., Charleston,
West Virginia, for Appellant.  Charles T. Miller, United States At-
torney, John L. File, Assistant United States Attorney, Charleston,
West Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Juan Hernandez Dominguez appeals from the district court's order applying a three-level adjustment to his offense level for acceptance of responsibility pursuant to U.S. Sentencing Guidelines Manual § 3E1.1 (2000). We have reviewed the record and the district court's opinion and find no reversible error. The district court properly denied the adjustment based on Hernandez Dominguez's attempted escape from the jail where he was held prior to his conviction, his forceful restraint of a correctional officer during the escape attempt, and his less than forthcoming discussion of his role in the offense. USSG § 3E1.1, comment. (nn. 1, 3, 4); United States v. Melton, 970 F.2d 1328, 1335-36 (4th Cir. 1992). Accordingly, we affirm Hernandez Dominguez's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED